UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

          Plaintiff,

v.

JOEL VASQUEZ,

          Defendant.

---

11-Cr-389 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

On July 27, 2020, the Court received defendant Joel Vasquez's pro se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).

IT IS HEREBY ORDERED that the government shall provide Vasquez's BOP medical and disciplinary records, and file its opposition, if any, by August 12, 2020. The Clerk of Court is directed to mail a copy of this order to defendant Joel Vasquez [91692-054] at CI Big Spring (Flightline), 2001 Rickabaugh Drive, Big Spring, TX 79720, and note service on the docket.

Dated: New York, New York
       July 29, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.