UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 11-Cr-389 (SHS) |
| -against- | : | <u>ORDER</u> |
| JOSEL VASQUEZ, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    In light of the fact that there is no basis for compassionate release set forth in defendant's pending motion for compassionate release [Doc. No 203], plus the fact that defendant was released from incarceration on February 15, 2023 (*see* www.bop.gov/inmateloc/), that petition is hereby dismissed as moot.

Dated: New York, New York
       March 1, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.