

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 27, 2025

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Joel Vasquez*, 11 Cr. 389 (SHS)

Dear Judge Stein:

The Government respectfully writes to request an adjournment of the violation of supervised release proceeding currently scheduled in this matter on January 29, 2025. The defendant was arrested on December 2, 2024 and charged the next day in a five-count criminal Complaint with federal narcotics and firearms offenses. Following the defendant's presentment on the Complaint on December 3, 2024, he was detained on consent without prejudice. On December 6, 2024, the U.S. Probation Office filed a violation report charging the defendant with violating the conditions of supervised release based on the charges in the Complaint. The defendant was presented on the violation report before Your Honor on December 11, 2024.

Since the defendant's presentment on the violation report, the Government and defense counsel have had discussions regarding a potential disposition of the charges in the Complaint, which underlie the specifications in the December 6, 2024 violation report. Because these discussions are ongoing, the Government respectfully requests that the Court adjourn the January 29, 2025 conference by 30 days to enable to parties to continue their discussions regarding a potential resolution. Defense counsel consents to the requested adjournment.

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney

By: _____
Jerry J. Fang
Assistant United States
Attorney Southern District of
New York Tel. 212-637-2584

cc: Defense Counsel (by ECF)

**The VOSR proceeding is adjourned to February 27, 2025, at 10:00 a.m.**

Dated: New York, New York
       January 28, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.