# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and*
*Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 25, 2025

**BY CM/ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Joel Vasquez*
     **11 Cr. 389 (SHS)**

Dear Judge Stein:

I write to respectfully request that the Court adjourn by 30 days the status conference scheduled for Thursday, February 27, 2025, regarding the supervised release specifications pending against Joel Vasquez. The parties have not been able to reach a plea agreement regarding the pending complaint that overlaps with the VOSR specifications, and an Indictment is forthcoming. Given this development, an adjournment of the VOSR proceedings is warranted. The Government, by AUSA Jerry Fang, does not object to this application.

Respectfully submitted,

*/s/ Andrew John Dalack*
Andrew John Dalack
Assistant Federal Defender
(212) 417-8768

Cc:  AUSA Jerry Fang

**The conference is adjourned to March 27, 2025, at 4:30 p.m.**

Dated: New York, New York
       February 26, 2025

SO ORDERED:

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.