USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                     :
:
          -against-                     :       11-CR-389 (VEC)
:
JOEL VASQUEZ,                                 :       ORDER
:
                 Defendant.      :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 3, 2024, Defendant was charged in a Complaint for violating 18 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(C); 18 U.S.C. § 924(c)(1)(A)(i) and 2; and 18 U.S.C. § 922(g)(1) and (2) in 25-CR-89, see 25-cr-89, Dkt. 1;

    WHEREAS on December 6, 2024, Probation charged Defendant with five specifications in its Violation Report, stemming from the charged conduct and Defendant's arrest in 25-cr-89;

    WHEREAS a conference is scheduled regarding Defendant's violations of supervised release for March 27, 2025 at 4:30 P.M., see Dkt. 217;

    WHEREAS this case was reassigned to the Undersigned on March 21, 2025; and

    WHEREAS Defendant's next appearance in 25-cr-89 is scheduled for April 24, 2025 at 2:15 P.M., see 25-cr-89, Dkt. 18.

    IT IS HEREBY ORDERED that the conference scheduled for March 27, 2025 is ADJOURNED to **April 24, 2025** at **2:15 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

                                                                        _____

**Date:  March 21, 2025**                                     **VALERIE CAPRONI**
        **New York, NY**                                      **United States District Judge**