UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                    :

UNITED STATES OF AMERICA,             :

                             :

            -against-          :              25-CR-89 (VEC)

                             :              11-CR-389 (VEC)

JOEL VASQUEZ,                  :

                             :

                  Defendant.     :              ORDER

                             :

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2025

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 10, 2025, the Court held a hearing for Mr. Vasquez;

WHEREAS Mr. Vasquez waived indictment and was arraigned on a Superseding Information, S1:25-cr-89;

WHEREAS Mr. Vasquez entered a guilty plea to Count One of the Superseding Information, charging him with one count of possession with intent to distribute narcotics in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A);

WHEREAS the Court accepted Mr. Vasquez's guilty plea;

WHEREAS Mr. Vasquez admitted specification 2 of the Probation Department's Violation of Supervised Release ("VOSR") Report in 11-CR-389, dated December 6, 2024; and

WHEREAS the Court accepted Mr. Vasquez's VOSR admission.

IT IS HEREBY ORDERED that Mr. Vasquez's sentencing will take place on **February 5, 2026**, at **10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Sentencing submissions are due **no later than January 22, 2026**.

**SO ORDERED.**

**Date:  October 14, 2025**
      **New York, NY**

_____
      **VALERIE CAPRONI**
      **United States District Judge**