# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and
Attorney-in-Chief*

**MEMO ENDORSED**

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 24, 2026

**BY CM/ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2026

Re:   *United States v. Joel Vasquez*
      **11 Cr. 389 (VEC)/25 Cr. 89 (VEC)**

Dear Judge Caproni:

I write to respectfully request that the Court adjourn sentencing in the above-captioned cases, from Friday, March 13, 2026, to the week of April 20, 2026. The Government, by AUSA Jerry Fang, does not object to this application.

The adjournment is warranted because I need additional time to perfect my sentencing submission, including by incorporating institutional records I have not yet received from Mr. Vasquez's prior term of imprisonment along with medical records related to the Court's application of 18 U.S.C. § 3553(a)(2)(D) to Mr. Vasquez.

I thank the Court for considering this unopposed application.

Respectfully submitted,

Andrew John Dalack
Assistant Federal Defender
(212) 417-8768

Cc:   AUSA Jerry Fang

Application GRANTED.  The sentencing scheduled for Friday, March 13, 2026, is now adjourned to **Friday, May 1, 2026, at 2:30 p.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. Sentencing submissions are due no later than **Friday, April 17, 2026**.

SO ORDERED.                2/25/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE