# Federal Defenders
## OF NEW YORK, INC.

Southern District

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and*
*Attorney-in-Chief*

**MEMO ENDORSED**

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 29, 2026

**BY CM/ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2026

**Re:    *United States v. Joel Vasquez***
       **11 Cr. 389 (VEC)/25 Cr. 89 (VEC)**

Dear Judge Caproni:

     I write to respectfully request that the Court adjourn sentencing in the above-captioned cases, from June 12, 2026, to the week of July 27, 2026, and grant a commensurate extension of the parties' sentencing submission deadlines. The Government, by AUSA Jerry Fang, does not object to this application.[1]

     Since the last adjournment request, the defense's retained physician has finished reviewing Mr. Vasquez's medical records over the past 14 years. The defense is awaiting a report from the physician relevant to arguments the defense intends to make under 18 U.S.C. §§ 3553(a)(2)(A), 3553(a)(2)(D), and 3553(a)(3) regarding an appropriate sentence.

     I thank the Court for considering this unopposed application.

                              Respectfully submitted,

                              Andrew John Dalack
                              Assistant Federal Defender
                              (212) 417-8768

Cc:    AUSA Jerry Fang

---

[1] The requested adjournment period is necessary to both afford the defense's expert sufficient time to write his report and to accommodate international travel by counsel.

Application GRANTED.  The sentencing is adjourned to **Friday, August 7, 2026, at 2:30 p.m.**
The submissions are now due **no later than Friday, July 24, 2026**.

SO ORDERED.                 6/1/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE