Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2026

October 20, 2026

***BY CM/ECF***
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***United States v. Joel Vasquez***
**11 Cr. 389 (VEC)/25 Cr. 89 (VEC)**

Dear Judge Caproni:

I write to respectfully request that the Court adjourn sentencing in the above-captioned cases, from October 30, 2026, to December 4, 2026, a date that I understand works for the Court. I further request that the Court grant a commensurate extension of the parties' sentencing submission deadline to November 20, 2026. The Government, by AUSA Jerry Fang, does not object to this application.

Since the last adjournment request, the defense has continued to gather and review materials relevant to the Court's application of the 18 U.S.C. §§ 3553(a)(2)(A), 3553(a)(2)(D), and 3553(a)(3) factors to Joel Vasquez. Additional time is necessary for the defense to finish collecting these items and to finalize its sentencing submission.

I thank the Court for considering this unopposed application.

Respectfully submitted,

Andrew John Dalack
Assistant Federal Defender
(212) 417-8768

Cc: AUSA Jerry Fang

Application GRANTED. The submissions are due **no later than November 20, 2026.** The sentencing is now adjourned to **December 4, 2026, at 10:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED. 10/20/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE